CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 2 3 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

CITY: __Natchez__

COUNTY: __Adams__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 5:13 CR 10 DCB-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __x__ NO

MATTER TO BE SEALED: ____ YES __x__ NO

NAME/ALIAS: __Haisom Ali__

**U.S. ATTORNEY INFORMATION**:

AUSA __PAL__     BAR # __9740__

INTERPRETER: ____ NO __x__ YES   LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS**:     ARREST DATE _____

__x__ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__     _____ PETTY     _____ MISDEMEANOR     __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 _____ | _____ | _____ | ____ |
| Set 3 _____ | _____ | _____ | ____ |

Date: __7/12/13__     SIGNATURE OF AUSA: _Patrick A. Lemy_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Natchez__

COUNTY: __Adams__

**FILED** Southern District of Mississippi
JUL 2 3 2013
J. T. NOBLIN CLERK
BY_____ DEPUTY

**RELATED CASE INFORMATION:** 5:13cr10DCB-FKB
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: __Gerson Benavides__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__ BAR # __9740__

INTERPRETER: _____ NO __X__ YES LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:** ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__ _____ PETTY _____ MISDEMEANOR __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 _____ | _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ | _____ |

Date: __7/12/13__   SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:



CITY: __Natchez__

COUNTY: __Adams__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # __5:13CR10 DCB-FKB__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __x__ NO

MATTER TO BE SEALED: ___ YES __x__ NO

NAME/ALIAS: __Ruben Coronado-Licon__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__   BAR # __9740__

INTERPRETER: ___ NO __x__ YES   LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**   ARREST DATE _____

__x__ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   ___ PETTY   ___ MISDEMEANOR   __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 | | | |
| Set 3 | | | |

Date: __7/12/13__   SIGNATURE OF AUSA: _(signature)_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:



CITY: __Natchez__

COUNTY: __Adams__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # __5:13 CR10 DCB-FKB__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __x__ NO

MATTER TO BE SEALED: _____ YES __x__ NO

NAME/ALIAS: __Carlos Flores__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__   BAR # __9740__

INTERPRETER: _____ NO __x__ YES   LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**   ARREST DATE _____

__x__ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   _____ PETTY   _____ MISDEMEANOR   __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  __18:1792.F__ | __18 U.S.C. § 1792__ | __MUTINY/RIOT IN PRISON__ | __1__ |
| Set 2 | | | |
| Set 3 | | | |

Date: __7/12/13__   SIGNATURE OF AUSA: _____

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Natchez__

COUNTY: __Adams__

**FILED JUL 2 3 2013 — SOUTHERN DISTRICT OF MISSISSIPPI, J.T. NOBLIN, CLERK, DEPUTY**

**RELATED CASE INFORMATION:** 5:13CR10DCB-FKB
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __Raybel Granillo__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__   BAR # __9740__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**   ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   ____ PETTY   ____ MISDEMEANOR   __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 | | | |
| Set 3 | | | |

Date: __7/12/13__   SIGNATURE OF AUSA: _____

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Natchez__

COUNTY: __Adams__

**RELATED CASE INFORMATION:**  DOCKET # __5:13CR10DCB-FKB__
SUPERSEDING INDICTMENT _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

FILED JUL 2 3 2013  SOUTHERN DISTRICT OF MISSISSIPPI  J. T. NOBLIN, CLERK  BY _____ DEPUTY

### DEFENDANT INFORMATION:

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __Bertil James__

### U.S. ATTORNEY INFORMATION:

AUSA __PAL__   BAR # __9740__

INTERPRETER: ____ NO __X__ YES  LIST LANGUAGE AND/OR DIALECT: __Spanish__

### LOCATION STATUS:   ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

### U.S.C. CITATIONS

TOTAL # OF COUNTS: __1__   ____ PETTY   ____ MISDEMEANOR   __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 _____ | _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ | _____ |

Date: __7/12/13__    SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Natchez__

COUNTY: __Adams__



RELATED CASE INFORMATION: __5:13CR10 DCB-FKB__
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __Margarito Munoz-Astello__

**U.S. ATTORNEY INFORMATION**:

AUSA __PAL__    BAR # __9740__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**    ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    ____ PETTY    ____ MISDEMEANOR    __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 _____ | _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ | _____ |

Date: __7/12/13__        SIGNATURE OF AUSA: _____

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:



CITY: __Natchez__

COUNTY: __Adams__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # __5:13 CR10 DCB-FKB__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __x__ NO

MATTER TO BE SEALED: _____ YES __x__ NO

NAME/ALIAS: __Ricardo Quintana__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__ BAR # __9740__

INTERPRETER: _____ NO __x__ YES LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:** ARREST DATE _____

__x__ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__ _____ PETTY _____ MISDEMEANOR __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:1792.F__ | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | __1__ |
| Set 2 _____ | _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ | _____ |

Date: __7/12/13__         SIGNATURE OF AUSA: _____

Revised 2/26/2010



CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Natchez__

COUNTY: __Adams__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # __5:13CR10 DCB-FKB__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __x__ NO

MATTER TO BE SEALED: ____ YES __x__ NO

NAME/ALIAS: __Ian Jeffrey Reed__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__    BAR # __9740__

INTERPRETER: ____ NO __x__ YES  LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**    ARREST DATE _____

__x__ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    ____ PETTY    ____ MISDEMEANOR    __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:1792.F | 18 U.S.C. § 1792 | MUTINY/RIOT IN PRISON | 1 |
| Set 2 | | | |
| Set 3 | | | |

Date: __7/12/13__    SIGNATURE OF AUSA: _____

Revised 2/26/2010



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 2 3 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __NATCHEZ__

COUNTY: __ADAMS__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # __5:13CR10 DCB-FKB__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: __ADRIAN ROMERO-CARRERA__

**U.S. ATTORNEY INFORMATION:**

AUSA __PAL__ BAR # __9740__

INTERPRETER: _____ NO __X__ YES LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:** ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__ _____ PETTY _____ MISDEMEANOR __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:1792.F__ | __18 U.S.C. § 1792__ | __MUTINY/RIOT IN PRISON__ | __1__ |
| Set 2 | | | |
| Set 3 | | | |

Date: __7/12/13__   SIGNATURE OF AUSA: _____

Revised 2/26/2010